JOHN S. LEONARDO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
Arizona State Bar No. 12700
Financial Litigation Unit
405 W. Congress, #4900
Tucson, Arizona  85701-5041
Telephone:  (520)620-7300
Denise.Faulk@usdoj.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 10-1071-PHX-JAT |
| Plaintiff, | |
| v. | APPLICATION FOR WRIT OF GARNISHMENT |
| Nathaniel James Webb, | |
| Defendant, | |
| Gila River Indian Community, | |
| Garnishee. | |

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against Defendant Nathaniel James Webb, who last resided at: Adelanto, California, in the above cited action in the amount of $2,300.00.  The total balance due on the judgment is $2,275.00, as of September 6, 2013.

Demand for payment of the above-stated debt was made upon the debtor more than 30 days before this application, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which the debtor has a substantial nonexempt interest, and it is believed that Garnishee will continue to have possession of property for which Garnishee is or may become indebted to

the debtor.

The name and address of Garnishee or its authorized agent is:

**Gila River Indian Community**
**Attn: Per Capita Office**
**P.O. Box 338**
**Sacaton, AZ 85147**

DATE: September 13, 2013

        JOHN S. LEONARDO
        United States Attorney
        District of Arizona

        *s/ Denise Ann Faulk*
        Denise Ann Faulk
        Assistant U.S. Attorney